# Patrick C. Carroll, Esq.
## COUNSELOR AT LAW

Law Offices of Frederick K. Brewington
556 Peninsula Boulevard
Hempstead, New York 11550

Lewis R. Silverman
Silverman & Associates
445 Hamilton Avenue, Suite #1102
White Plains, New York 10601

        Re: Etienne v. Locust Valley High School, et al.
        Eastern District of New York
        Docket No.: 25 CV 00724 (NJC)(SIL)

Counselors:

      We represent defendants, Kimberly and Gianna Gotti in the above captioned matter.

      In accordance with the "bundling rule" provisions of Judge Choudhury's Individual Rules of Practice 5.2.6 and 5.2.7, attached please find the following:

1. Notice of Motion to Dismiss pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure;

2. Declaration of Patrick C. Carroll in Support of Motion to Dismiss;

3. Memorandum of Law in Support of Motion to Dismiss.

As required by Judge Choudhury's Individual Rules, we will file this cover letter on ECF and then file all of the papers related to this motion on ECF when it has been fully briefed.

        Very Truly Yours,

        /s/ Patrick C. Carroll, Esq.